Exhibit A to the Complaint

**Location:** New York, NY  
**Total Works Infringed:** 25

**IP Address:** 108.29.45.190  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 1824034C43267AA11198E469DBB79B913395F5FE<br>File Hash: 76ACEB0964E0FBDF7535C99F405DC85A8F13DF4C35810F11890C0E5815A50F07 | 03-20-2021 16:14:08 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 2 | Info Hash: 15993034DF725B0F95C9E986F41206E43CE88572<br>File Hash: E72A5AD2FA19999DE3594E4E11E69AAE595C3F128A09DA5E97317E75BBA0CA28 | 03-13-2021 20:46:21 | Tushy | 03-07-2021 | 03-22-2021 | PA0002282503 |
| 3 | Info Hash: C81906D2807ADA3640AC58B3EC5D9561DA855DFF<br>File Hash: 73E264FF38EE4C117648C69AAF8CBBA60EFE965D833B3A770C49CC8E10C2FBFF | 02-25-2021 14:51:54 | Vixen | 02-05-2021 | 02-09-2021 | PA0002276151 |
| 4 | Info Hash: 41173C5F7359A9FC9F286D56CAA3585A9B525A27<br>File Hash: 6726476A3C0BB654896DD95921CAAA306C2870E19C498587A6AE105DBC5F10CC | 01-03-2021 05:04:02 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 5 | Info Hash: 7EC41A2781FDD54B52A2E7B842DAADA1906D4EC9<br>File Hash: 32A0FF90F847F3B19BAA4468BAA74EBCFBFCBD242633C4A5D1A3A06D5E04F827 | 11-02-2020 16:52:22 | Tushy | 11-01-2020 | 11-18-2020 | PA0002272627 |
| 6 | Info Hash: 84A2C046FD4795A6A5DC3814FFBFF9CACFA06E00<br>File Hash: E83C150F4ED927F9D1E7323EE272C9D1E9B1B3F0A7E52A184FF98BE871589D03 | 07-13-2020 22:47:04 | Vixen | 06-05-2020 | 06-22-2020 | PA0002245631 |
| 7 | Info Hash: F3D4D2BA3F7C9DB5E751343237B5C323D5202A8A<br>File Hash: 932CAD793217FBA3E070305DD1F146DAC984F9D642FFDEAF144527040F11B8D9 | 06-30-2020 03:29:05 | Blacked Raw | 06-29-2020 | 07-17-2020 | PA0002248598 |
| 8 | Info Hash: 84B5ED39BB7D9B21873783ED628C76037D90E13A<br>File Hash: 98F9E70879F659FFA199D1231591128216634EE732D5DCE467CA5DDF93D0DC38 | 05-05-2020 03:21:14 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 3099B18156B03537130DD83419C78219B27E54F4<br>File Hash: E853F14C49E9234744D883A3567869072BBC168CB33EE5A338782BFB3918A56F | 05-04-2020 14:39:34 | Tushy | 05-03-2020 | 05-19-2020 | PA0002241474 |
| 10 | Info Hash: EEA471AC58E44D8C08CE5F008CA4FCB8A1BC3DBE<br>File Hash: 735FE6B829D412D28DFC82EBD327201FA1C37D6BF60692C929223A8CFB3F447E | 04-23-2020 20:46:21 | Blacked Raw | 04-20-2020 | 05-19-2020 | PA0002241477 |
| 11 | Info Hash: 4A0ABE15C6C11BEC97FCFF00C3F40080764788A9<br>File Hash: 9B3AE3403C4CD012F163F6857B61341190090CC8B5D542F786A0F47BD1E02988 | 04-14-2020 14:29:55 | Blacked Raw | 04-13-2020 | 04-22-2020 | PA0002237695 |
| 12 | Info Hash: DC8EBE5A0710690ABCC9E2F8890B2DE95E767539<br>File Hash: 60EC07A4A9AA06DC825CFB212D29AB148410F5AFD43D4323AFA4DA67C9A70EEA | 04-03-2020 21:44:06 | Vixen | 04-03-2020 | 04-17-2020 | PA0002237302 |
| 13 | Info Hash: 71E3A2888C2DB58BBCE9353A68D2FF80359E304A<br>File Hash: 6B4DC83F1BFCFB7C124C727C83154780E7E8090476CA63EB57E0A3C3020B1FAE | 03-27-2020 04:44:05 | Blacked | 06-29-2017 | 07-07-2017 | PA0002070821 |
| 14 | Info Hash: F679391ED7AA38CC22B99756D9BFE6FE26F96FCA<br>File Hash: DE23DF0A9184536BE1DF80F16F1F7F5123A83D34A41DD48A2CD8A5C218E82D94 | 03-27-2020 04:22:49 | Blacked Raw | 04-27-2018 | 05-24-2018 | PA0002101367 |
| 15 | Info Hash: 0ED1618079E29D4BB708465328D67B227B1AA795<br>File Hash: 74BFE94A22A1AE503CFC1932F5AD24D246D29B424A39F00629A536CC93B83BAF | 03-27-2020 04:14:46 | Vixen | 03-10-2018 | 04-17-2018 | PA0002116743 |
| 16 | Info Hash: 3981818C672261E5A1A0D5B561F7A7FEF98A7805<br>File Hash: 35C429C3F1AF53B7D00E899665896B85A9252E0DFB8DF5CEF31D564AF0FBA1F0 | 03-27-2020 04:14:31 | Blacked | 09-22-2018 | 11-01-2018 | PA0002143419 |
| 17 | Info Hash: F1DB7072A41E4295223FDAED630443CEECE27B49<br>File Hash: 0049BF5E83A0ABB9B700CC5BBFA78D2A83AFF4F43EED8E45C007DB4907B877A6 | 03-15-2020 04:55:09 | Tushy | 03-06-2020 | 04-15-2020 | PA0002244958 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 03-15-2020 04:34:06 | Blacked | 02-14-2020 | 03-18-2020 | PA0002241448 |
| 19 | Info Hash: FB4C20732176FA0C5194BF272983EE8EE1CFDA16<br>File Hash: 68B5CBC7E02BA6735B245E1ED8A412CDE3C393E2D890E2151360A81DC93C2DAB | 02-20-2020 03:40:44 | Blacked Raw | 02-17-2020 | 04-17-2020 | PA0002246110 |
| 20 | Info Hash: 9F2697F2DABE1AF03C608A64DF9777CED2ABDF38<br>File Hash: 73395063F5257AD395A3BBC6E9B336F34DBB2EB4DD887DB69BBE9482DA5845A9 | 02-09-2020 15:44:57 | Blacked Raw | 01-12-2020 | 02-04-2020 | PA0002225587 |
| 21 | Info Hash: FF6736AA2FFA9B25F495EA1EED78C25AF046B996<br>File Hash: BA8C8C11EAF56DAB4F4B7C611CE19E55C63CB347DC8857FE7286B67A25F53C92 | 02-01-2020 21:55:05 | Tushy | 05-01-2018 | 06-19-2018 | PA0002126640 |
| 22 | Info Hash: 63D8D9B3820167570E8ABB7E82A37DA24954AB7D<br>File Hash: D943C0B89D441D28D1E72D25829F743130C67F0A9BC6E273ADBA6EA6560A9116 | 01-04-2020 00:51:08 | Blacked Raw | 01-02-2020 | 02-04-2020 | PA0002225581 |
| 23 | Info Hash: DFCCBFB7EED852E6617D609C4731A1744A9862A9<br>File Hash: 092CF263917C04D7FE0B38B7AF9511C6C78FE4544DCFE9E1BFCEF14EC78E29A9 | 12-31-2019 01:08:13 | Tushy | 05-16-2018 | 06-19-2018 | PA0002126446 |
| 24 | Info Hash: 86804856761D83AD88F3D60A55538FD4C54CCAF9<br>File Hash: A0E0110717861537BA4980ACEF88256134D2FB1A710EA7331055A765A08959FD | 12-06-2019 23:35:54 | Blacked | 12-06-2019 | 12-17-2019 | PA0002217665 |
| 25 | Info Hash: 00D4C51A29C9BECB409301B771D686F17B05B89B<br>File Hash: 2517AD4C9EBD5958B7B53277E98727CB70A48CAE5960B8795E50AD33A0666CBE | 11-14-2019 01:01:51 | Blacked Raw | 11-13-2019 | 11-27-2019 | PA0002213997 |