UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Strike 3 Holdings, LLC

                        Plaintiff,                21  Civ. 03965   (PAC)

    - against -                         **DEFAULT JUDGMENT**

John Doe

                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

    This action having been commenced on 5/04/2021 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant(s), John Doe, on 11/19/2021 by (STATE SPECIFICALLY HOW SERVICE WAS MADE ON DEFENDANT) personal service on John Doe, and a proof of service having been filed on 3/17/2022 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

    ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $18,750.00 ,plus costs and disbursements of this action in the amount of $ 400.00 amounting in all to $ 19,150.00.

Dated: New York, New York
        August 17, 2022

                                                          U.S.D.J.